No. 65330.—United Pacific Trading Co. v. United States, protest 58/8176 (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of iron pictures the same as those the subject of *Marshall Field & Co.* v. *United States* (45 C.C.P.A. 72, C.A.D. 676), the claim of the plaintiff was sustained.

No. 65331.—M. Grabie Woolen Company, Inc. v. United States, protest 60/16492 (San Francisco).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, MARCH 27, 1961

No. 65332.—Raleigh Industries of America, Inc. v. United States, protest 58/101 (Cleveland).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 65333.—Metasco, Inc. v. United States, protest 59/12546 (Tampa).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the

subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 65334.**—Chain Bike Corp. et al. *v.* United States, protests 59/34506, etc. (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

**No. 65335.**—D. P. Harris Hdw. & Mfg. Co., Inc. *v.* United States, protest 59/34606 (Tampa).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 27, 1961

**No. 65336.**—J. M. Sutton Sons & Co. and H. W. Ebert Co. *v.* United States, protests 58/4117 and 59/22935 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those